

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 22, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102116     STATE OF MISSOURI, RES V JUAN A. SHEPARD, APP

2.      ED102137 DAREL LOTTS, APP V STATE OF MISSOURI, RES

3.      ED102177 STATE OF MISSOURI, RES V ROBERT PETTY, APP

4.      ED102186 STATE OF MISSOURI, RES V FELIPE Q. LORTHRIDGE, APP

5.      ED102589 JOHN MORAN, RES V ANDREA (MILES) MORAN, APP

6.      ED102876 IN THE INTEREST OF K.A.

7.      ED103064 SHIRLEY SWAN, APP V SEIICHI NODA ET AL, DFT